IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )      2:23-cr-00319-MHT
                            )            (WO)
TARLTON JAY FISHER          )
```

ORDER TERMINATING SUPERVISED RELEASE EARLY

This case is before the court on defendant Tarlton Jay Fisher's motion for early termination of supervised release. The supervising probation officer and the government have each orally informed the court that they do not oppose the motion. Fisher has completed approximately four of his five years of supervised release, during which time he has been fully compliant with the terms of supervision. Fisher has maintained steady employment and has been praised as an exemplary employee. His probation officer informed the court that Fisher has also maintained a residence and attended every monthly check-in. Employers and mentors describe Fisher as trustworthy, compassionate, encouraging, and kind. In short, Fisher has

successfully reintegrated into society and is well positioned to avoid criminal involvement in the future. For all these reasons, the court finds that the motion for early termination should be granted.

***

Accordingly, it is ORDERED that the motion for early termination of supervised release (Doc. 4) is granted; defendant Tarlton Jay Fisher's supervised release is terminated; and defendant Fisher is discharged.

DONE, this the 1st day of October, 2025.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**